**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 12-6890

DAVID LEE GARNER,

Plaintiff - Appellant,

v.

THE SUPREME COURT OF UNITED STATES; THE UNITED STATES
DEPARTMENT OF JUSTICE; THE UNITED STATES DISTRICT COURT OF
BOSTON MA; THE SOUTH CAROLINA ADMINISTRATIVE LAW COURT; THE
SOUTH CAROLINA SUPREME COURT; PRESIDENT BARACK OBAMA; FORMER
PRESIDENT GEORGE BUSH, SR.; FORMER PRESIDENT GEORGE W. BUSH,
JR.; VICE PRESIDENT JOE BIDEN; FORMER PRESIDENT DICK CHENEY;
U.S. SECRETARY OF STATE HILARY CLINTON; U.S. SPEAKER OF
HOUSE NANCY PELOSKI; U.S. CHIEF OF STAFF RAHM EMANUEL;
SECRETARY OF DEFENSE ROBERT GATES; R. MILLER, JR.; J.
SHERIFF; S. ARGENSTA; R. HAMILTON; M. LONGENBURGER; C.
TALLENT; OFC B. HARRISON,

Defendants – Appellees,

and

AFFILIATES,

Defendant.

Appeal from the United States District Court for the District of
South Carolina, at Columbia.   Terry L. Wooten, District Judge.
(3:11-cv-02702-TLW)

Submitted:  July 13, 2012            Decided:  July 20, 2012

Before GREGORY and DUNCAN, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

David Lee Garner, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

David Lee Garner appeals the district court's order accepting the recommendation of the magistrate judge and denying relief in his civil rights action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Garner v. Supreme Ct.</u>, No. 3:11-cv-02702-TLW (D.S.C. May 2, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>